**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:** Cody Steven Barnett
**cc:** Jackson T. Billings
Nathan D. Clark
Joshua E. Dethlefsen
Camilo A. Garcia
Lincoln J. Korell
Joseph W. McKechnie
Erin Murphy
James Y. Xi

**DATE:** October 14, 2026

**RE:** 26-2478 NetChoice v. Michael Hilgers
26-2486 NetChoice v. Michael Hilgers

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiency shown below. Your brief cannot be filed until the defect is corrected. Please correct the defect within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__ In a cross appeal, please only include the Lead case number in the caption for the opening appellant brief. (26-2478)

Again, your brief cannot be filed until you correct the defect. Failure to correct may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.

CRJ